**DISMISS and Opinion Filed December 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-20-01022-CV
_____

## LEAH BUTTERWORTH, Appellant
## V.
## BB&T INVESTMENT SERVICES, INC., CHRISTOPHER A. SWAN, AND BB&T BANK, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05553**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Myers

Before the Court is appellant's December 2, 2020 notice of withdrawal of her notice of appeal which we construe as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

201022F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LEAH BUTTERWORTH, Appellant

No. 05-20-01022-CV        V.

BB&T INVESTMENT SERVICES,
INC., CHRISTOPHER A. SWAN,
AND BB&T BANK, Appellees

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-05553.
Opinion delivered by Justice Myers.
Justices Osborne and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees BB&T INVESTMENT SERVICES, INC., CHRISTOPHER A. SWAN, AND BB&T BANK recover their costs of this appeal from appellant LEAH BUTTERWORTH.

Judgment entered this 7th day of December, 2020.